[No. 48656-3-II.   Division Two.   March 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KINGSA NIGEL McKNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02449-7, G. Helen Whitener, J., entered February 19, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 31185-6-III.   Division Three.   March 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY EUGENE SMALL, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 10-1-00029-0, Jack Burchard, J., entered October 12, 2012. *Affirmed in part* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33252-7-III.   Division Three.   March 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN WAYNE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-1-00484-6, Vic L. VanderSchoor, J., entered March 27, 2015. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Pennell, JJ.

[Nos. 33613-1-III; 34048-1-III.   Division Three.   March 7, 2017.]

*In the Matter of the Estate of* LESTER J. KILE.

Appeals from a judgment of the Superior Court for Spokane County, No. 12-4-00521-6, Michael P. Price, J., entered June 17, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J.; Lawrence-Berrey, J. concurring in the result only.